IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, | ) ) ) ) |
| Plaintiffs, | ) Case No. 21-cv-04418 |
| v. | ) ) |
| DINO FRULLA, BRION DOHERTY, ESQ., and MOTHERWAY & NAPLETON, LLP, | ) Judge Charles P. Kocoras ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFFS' RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANTS

Plaintiffs, by undersigned Counsel, hereby voluntarily dismiss their complaint, without prejudice, against Defendants, pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(i).

        Respectfully Submitted,
        TRUSTEES OF THE CHICAGO REGIONAL
        COUNCIL OF CARPENTERS WELFARE FUND

        By: s/Daniel E. Quist_____
           One of Plaintiffs' Attorneys

Daniel E. Quist (ARDC #6313773)
McGANN, KETTERMAN & RIOUX
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 251-9700; dquist@mkrlaborlaw.com